```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 11369
   GLORIA MCMULLEN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-5932


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 05/05/2008 and was confirmed 07/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  53.00%.

     The case was dismissed after confirmation 10/20/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
-----------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED            4832.00            .00          405.00
LITTON LOAN SERVICING     CURRENT MORTG         .00             .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE    25581.95             .00          491.90
INTERNAL REVENUE SERVICE  PRIORITY         NOT FILED            .00             .00
AMERICASH LOANS           UNSECURED         3854.84             .00             .00
JEFFERSON CAPITAL SYSTEM  UNSECURED          126.94             .00             .00
COLUMBUS BANK & TRUST     UNSECURED        NOT FILED            .00             .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED            .00             .00
COMPUTER CREDIT           UNSECURED        NOT FILED            .00             .00
BLACK EXPRESSIONS         UNSECURED        NOT FILED            .00             .00
FINGERHUT DIRECT MARKETI  UNSECURED          540.28             .00             .00
GEVALIA                   UNSECURED        NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED         1098.82             .00             .00
MB FINANCIAL SERV         UNSECURED        NOT FILED            .00             .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED            .00             .00
RUSH UNIVERSITY MEDICAL   UNSECURED        NOT FILED            .00             .00
RUSH DERMATOLOGY PATIENT  UNSECURED        NOT FILED            .00             .00
ROUNDUP FUNDING LLC       UNSECURED         2818.45             .00             .00
OSTEOPOROSIS TREAMENT CE  UNSECURED        NOT FILED            .00             .00
RUSH UNIVERSITY           UNSECURED        NOT FILED            .00             .00
UNITED COLLECTION BUREAU  UNSECURED        NOT FILED            .00             .00
UNIVERSITY GASTROENTEROL  UNSECURED        NOT FILED            .00             .00
LONNIE MCMULLEN           NOTICE ONLY      NOT FILED            .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       2,341.50                        2,341.50
TOM VAUGHN                TRUSTEE                                             281.60
DEBTOR REFUND             REFUND                                            2,640.00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    6,160.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 11369 GLORIA MCMULLEN
```

```
PRIORITY                                                                  .00
SECURED                                                                896.90
UNSECURED                                                                 .00
ADMINISTRATIVE                                                       2,341.50
TRUSTEE COMPENSATION                                                   281.60
DEBTOR REFUND                                                        2,640.00
                                     ---------------      ---------------
TOTALS                                      6,160.00             6,160.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 02/24/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```